UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TENA WILLIAMS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PENTAGROUP FINANCIAL, LLC )<br>Defendant )<br>) | CIVIL ACTION<br><br><br><br><br>SEPTEMBER 18, 2009 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, Tena Williams, is a natural person residing in South Windsor, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Pentagroup Financial, LLC ("Pentagroup"), is a foreign limited liability company with its headquarters in Houston, TX and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Pentagroup, because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

### IV. FACTUAL ALLEGATIONS

7. Pentagroup contacted Plaintiff on or about June 16, 2009 in an attempt to collect a consumer debt claimed by Wells Fargo.

8. During this call, Pentagroup's representative told her that if she did not make a lump sum payment by the following Monday, then attorney's fees would be added to the debt.

### V. CLAIMS FOR RELIEF
### CAUSE OF ACTION
**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.**

9. Pentagroup violated the FDCPA by making false and deceptive statements to the plaintiff concerning whether attorney's fees would be accrued by that time and concerning the right to claim attorney's fees on the debt.

10. Pentagroup further violated the FDCPA by threatening to take an action that it was not authorized or permitted to undertake, was not provided for by law, or which it did not intend to undertake.

11. For Pentagroup's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover her actual damages (including

emotional distress), statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF, TENA WILLIAMS

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457