**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TENA WILLIAMS,**  )<br>   **Plaintiff**  )<br>  )<br>**v.**  )<br>  )<br>  )<br>**PENTAGROUP FINANCIAL, LLC,**  )<br>   **Defendant.**  )<br>  ) | **CASE NO: 3:09cv1498(PCD)**<br><br><br><br><br><br><br>**NOVEMBER 25, 2009** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Tena Williams, through her attorney, and the defendant, Pentagroup Financial, LLC, through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff**, Tena Williams

By:/s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant**, Pentagroup Financial, LLC

By:/s/ Joshua A. Yahwak
Joshua A. Yahwak, Fed Bar No. ct24138
Law Offices of Brian J. Farrell, Jr.
555 Long Wharf Drive
New Haven, CT 06511
 Tel. (203) 782-4122;  Fax. (203) 782-4128
jyahwak@bfarrelllaw.com

## CERTIFICATION

I hereby certify that on this 25th day of November, 2009, a copy of foregoing Stipulation of Dismissal With Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn